IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NYKETIA Y. HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV856-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

By order entered on May 15, 2007 (Doc. # 19), this court granted plaintiff's motion for attorney's fees pursuant to the EAJA and directed that the fees be made payable to plaintiff's counsel.  The Commissioner filed a motion to amend judgment on May 23, 2007 (Doc. # 20), asking that the court alter its judgment to reflect that the EAJA fees are payable to the plaintiff.  Plaintiff has not responded to the motion.  For the reasons stated in Crittenden v. Astrue, Civil Action No. 2:05cv616-SRW (Doc. # 32), the court concludes that the EAJA fee award is payable to the plaintiff.

Accordingly, it is

ORDERED that the motion is GRANTED.  The order entered by the court on May 15, 2007 (Doc. # 19) is hereby VACATED.

Plaintiff brought the present action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her benefits under the Social Security Act. On February 2, 2007, this court reversed the decision of the

Commissioner and remanded the case for further proceedings pursuant to sentence four of § 405(g).  Plaintiff's counsel has filed an application for an award of attorneys fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).  Plaintiff's application seeks fees in the total amount of $2,343.75 for 18.75 hours of work before this court.  The Commissioner does not contest the award of fees in the amount sought by plaintiff's counsel.  Upon an independent review of the record, the court concludes that the position of the Commissioner in this litigation was not substantially justified and, further, that an award of $2,343.75 is reasonable.

For the foregoing reasons, it is further

ORDERED  that the plaintiff's petition for attorney fees is GRANTED, and plaintiff is awarded EAJA fees in the total amount of $2,343.75.

DONE, this 30th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE